■ GROWEST, INC., Respondent, v JOHN S. DENELSBECK, JR., Appellant, et al., Defendant. [967 NYS2d 863]—Appeal from an amended order of the Supreme Court, Oneida County (Samuel D. Hester, J.), entered October 16, 2012. The amended order, inter alia, denied the motion of defendant John S. Denelsbeck, Jr., for summary judgment dismissing the complaint.

It is hereby ordered that the amended order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Fahey, Carni and Lindley, JJ.